IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSIE MAE WOODS                                                                                    PLAINTIFF

V.                                            3:10CV00050 JMM/JTR

PATTIJO BURNETTE, Nurse
and MATT HALL, Officer,
Craighead County Detention Center                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this   20   day of April, 2010.


_____
UNITED STATES DISTRICT JUDGE